| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 17-10107-AMC

DANIEL FAUCETTE
426 LAWN AVE
SELLERSVILLE  PA    18960

Petition Filed Date: 01/07/2017
341 Hearing Date: 03/03/2017
Confirmation Date: 08/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $336.00 | 21678675 | 01/14/2020 | $336.00 | 21931632 | 01/17/2020 | $336.00 | 22097306 |
| 01/22/2020 | $336.00 | 22257175 | 02/04/2020 | $336.00 | 22462278 | 02/10/2020 | $336.00 | 22690696 |
| 02/18/2020 | $336.00 | 22850743 | 02/19/2020 | $336.00 | 22929658 | 03/02/2020 | $336.00 | 23258624 |
| 03/09/2020 | $336.00 | 23394512 | 03/13/2020 | $336.00 | 23607952 | 03/24/2020 | $336.00 | 23788943 |
| 03/30/2020 | $336.00 | 24021877 | 04/07/2020 | $336.00 | 24273765 | 04/10/2020 | $336.00 | 24410746 |
| 04/17/2020 | $336.00 | 24558456 | 04/27/2020 | $336.00 | 24715780 | 05/04/2020 | $336.00 | 24829778 |
| 05/12/2020 | $336.00 | 24942814 | 05/19/2020 | $336.00 | 25042334 | 05/22/2020 | $336.00 | 25191746 |
| 05/27/2020 | $336.00 | 25266075 | 06/11/2020 | $336.00 | 25400842 | 06/12/2020 | $336.00 | 25525861 |
| 06/19/2020 | $336.00 | 25635718 | 06/30/2020 | $336.00 | 25769200 | 07/06/2020 | $336.00 | 25885248 |
| 07/14/2020 | $336.00 | 26014431 | 07/21/2020 | $336.00 | 26130179 | 07/24/2020 | $336.00 | 26230859 |
| 08/04/2020 | $336.00 | 26330600 | 08/11/2020 | $336.00 | 26448603 | 08/17/2020 | $336.00 | 26537798 |
| 08/24/2020 | $336.00 | 26662971 | 09/01/2020 | $336.00 | 26783810 | 09/08/2020 | $336.00 | 26895398 |
| 09/14/2020 | $10.41 | 27003657 | 09/29/2020 | $336.00 | 27227582 | 10/02/2020 | $336.00 | 27332795 |
| 10/14/2020 | $336.00 | 27462895 | 10/20/2020 | $336.00 | 27580730 | 10/27/2020 | $336.00 | 27707370 |
| 10/30/2020 | $336.00 | 27793314 | 11/10/2020 | $336.00 | 27912874 | 11/17/2020 | $336.00 | 28032475 |
| 11/24/2020 | $336.00 | 28143506 | 12/01/2020 | $336.00 | 28275136 | 12/08/2020 | $336.00 | 28371800 |
| 12/17/2020 | $336.00 | 28501493 | 12/22/2020 | $336.00 | 28626837 | 12/30/2020 | $336.00 | 28863899 |
| 01/06/2021 | $336.00 | 28756889 | 01/07/2021 | $336.00 | 28964713 | 01/19/2021 | $336.00 | 29075639 |
| 01/26/2021 | $336.00 | 29204855 | 02/01/2021 | $336.00 | AVEANNA 233 | 02/09/2021 | $336.00 | 29439793 |
| 02/17/2021 | $336.00 | 29565000 | 02/24/2021 | $336.00 | 29665192 | 03/08/2021 | $336.00 | 29804181 |
| 03/10/2021 | $336.00 | 29886456 | 03/17/2021 | $336.00 | 30022850 | 03/22/2021 | $336.00 | 30161142 |
| 03/29/2021 | $336.00 | 30276499 | 04/05/2021 | $336.00 | 30405378 | 04/12/2021 | $336.00 | 30539155 |
| 04/20/2021 | $336.00 | 30655788 | 04/27/2021 | $336.00 | 30776634 | 05/03/2021 | $336.00 | 30892443 |
| 05/10/2021 | $336.00 | 31036391 | 05/18/2021 | $336.00 | 31143248 | 05/26/2021 | $336.00 | 31242847 |
| 06/01/2021 | $336.00 | 31372300 | 06/02/2021 | $336.00 | 31499305 | | | |

**Total Receipts for the Period: $24,538.41    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $73,589.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ERIE INSURANCE GROUP<br>»» 003 | Unsecured Creditors | $14,600.00 | $10,760.32 | $3,839.68 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 001 | Unsecured Creditors | $484.51 | $357.09 | $127.42 |
| 2 | BANK OF AMERICA  N.A.<br>»» 002 | Mortgage Arrears | $50,094.50 | $50,094.50 | $0.00 |

**Chapter 13 Case No. 17-10107-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | JOHN L MC CLAIN ESQ<br>»»  004 | Attorney Fees | $5,205.50 | $5,205.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,589.13 | Current Monthly Payment: | $1,344.00 |
| Paid to Claims: | $66,417.41 | Arrearages: | ($4,149.13) |
| Paid to Trustee: | $6,264.52 | Total Plan Base: | $78,848.00 |
| Funds on Hand: | $907.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.