**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Faucette, Daniel

      Debtor(s) : 17-10107

:

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this _____ day of _____ 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Epic Health Services, Inc to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

**Date: September 30, 2021**

Epic Health Services, Inc
5220 Spring Valley Rd. Ste 400
Dallas, TX 75254


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Faucette, Daniel
426 Lawn Ave
Sellersville, PA 18960


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606