United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel Faucette  
    Debtor

Case No. 17-10107-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 15, 2021      Form ID: 138OBJ      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Faucette, 426 Lawn Ave, Sellersville, PA 18960-2104 |
| 13917854 | | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14562147 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13847925 | + | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13847926 | + | Bureau of Drive Licensing, PO Box 60037, Harrisburg, PA 17106-0037 |
| 13847929 | + | Drake, Hileman, and Davis, PO Box 1306, Doylestown, PA 18901-0117 |
| 13931945 | + | Erie Insurance Group, Richard C. Howard, Jr., Esquire, Weber Kracht & Chellew, 847 W. Market Street, PO Box 258, Perkasie, PA 18944-0258 |
| 13847931 | + | Global Netwk, 5320 College Blvd, Shawnee Mission, KS 66211-1621 |
| 13847932 | + | Jaime Faucette, 426 Lawn Ave, Sellersville, PA 18960-2104 |
| 13847933 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13847934 | + | Weber Kracht and Chellew, 847 W Market Street, PO Box 258, Perkasie, PA 18944-0258 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 15 2021 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 15 2021 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13900025 | | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2021 23:51:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13847930 | + | Email/Text: bankruptcy@erieinsurance.com | Nov 15 2021 23:40:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 13869824 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2021 23:51:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13847928 | | Daniel P and Charlotte Faucette |
| 13847927 | *+ | Daniel Faucette, 426 Lawn Ave, Sellersville, PA 18960-2104 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 138OBJ | Total Noticed: 17 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Daniel Faucette aaamcclain@aol.com  edpabankcourt@aol.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Daniel Faucette
    Debtor(s)

Case No: 17−10107−amc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/15/21